UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS BARBOSA, )<br><br>Plaintiff )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendant. ) | )<br>)<br>)<br>)<br>) Civil Action No. 07-1052 (RWR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Department of Justice, et al. respectfully move for an enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Federal Rule of Civil Procedure 6(b)(1).[1]  In support of this request, defendants provide the following for the Court's consideration.

Plaintiff filed this complaint on or around June 14, 2007 and named as defendants the Department of Justice ("DOJ"), the Office of Information and Privacy ("OIP") and the Drug Enforcement Administration ("DEA").  From mid- to late June, the defendants were served with a copy of the complaint and a sixty (60) day summons.  Pursuant to the sixty (60) day summons and as reflected in the Court's docket report, defendants DOJ, OIP, and DEA are required to file answers by either August 17, 2007 or August 27, 2007.  However, upon recent examination of the complaint, it appears that Plaintiff is raising claims pursuant to the Freedom of Information Act ("FOIA") 5 U.S.C. § 552.  Pursuant to 5 U.S.C. § 552 (a)(4)(C), responses to FOIA

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

complaints are due within thirty (30) days, not sixty (60) days.

In light of this confusion, defendants respectfully move for an enlargement of time until August 27, 2007 for all federal defendants to file an answer or otherwise respond to the complaint. This is the defendants' first motion for an enlargement and defendants anticipate filing a dispositive motion in this case. Furthermore, allowing defendants additional time to confer with Agency counsel and formulate their response will aid both the parties and the Court in the development and resolution of this case. This extension is sought in good faith and will not unfairly prejudice any party. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, based on the foregoing, defendants respectfully request that the time for responding to the Plaintiff's complaint be enlarged so that the all defendants have until August 27, 2007 to file their responses.

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to be served by first class mail upon *pro se* Plaintiff at:

> **Luis Humberto Barbosa**
> **R29500-053**
> **FCI-Fort Dix Camp**
> **P.O. Box 1000**
> **Fort Dix, NJ 08640**

on this 27th day of July, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUIS BARBOSA, )
)
    Plaintiff )
)
) Civil Action No. 07-1052 (RWR)
    v. )
)
DEPARTMENT OF JUSTICE, et al. )
)
    Defendant. )

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, the grounds stated therefor, and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED federal Defendants shall file an answer or dispositive motion on or before August 27, 2007.

_____
UNITED STATES DISTRICT JUDGE