UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS H. BARBOSA,<br><br>      Plaintiff,<br><br>    v.<br><br>DRUG ENFORCEMENT<br>  ADMINISTRATION,<br>  et al.,<br><br>      Defendants. | Civil Action No. 07-1052 (RWR) |

ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Fred E. Haynes as an attorney for defendants, the Drug Enforcement Administration, the Office of Information and Privacy (United States Department of Justice), and the United States Department of Justice.

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing entry of appearance to be served on plaintiff by first-class mail, postage prepaid, at the following address:

>Mr. Luis Humberto Barbosa
>R29500-053
>FCI-Fort Dix Camp
>P.O. Box 1000
>Fort Dix, N.J.  08640

on this 25th day of September 2007.

/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201