IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LUIS HUMBERTO BARBOSA,     )
                           )
        Plaintiff Pro-Se   )
                           )
                           )
                           )
Vs.                        ) Civil Action No.: 07-1052 (RWR)
                           )
                           )
                           )
U.S. DEPARTMENT OF JUSTICE, et al.,)
                           )
        Defendants.        )
_____)

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE REPLY IN OPPOSITION TO DEFENDANTS'
### MOTION FOR SUMMARY JUDGMENT

Plaintiff, Luis Humberto Barbosa, pro-se, hereby moves for a thirty (30) day extension of time to file its reply to defendants' motion for summary judgment, through and including November 05, 2007. In support of this request, plaintiff provides the following for this court's consideration.

1.   Plaintiff was ordered by this court to reply to defendants' motion for summary judgment by October 05, 2007.

2.   Plaintiff requests additional time to prepare and file a reply. This extension is needed primarily due to: (1) The prison limits the hours that plaintiff may have access to the prison law library and the materials contained there are very limited; (2) plaintiff is pro-se with limited knowledge of the law, and (3) plaintiff is awaiting on documents he requested from his prison officials that are relevant and needed in support of his reply to defendants' summary judgment motion.

3. This is plaintiff's first motion for an extension of time.

4. This extension is sought in good faith and will not unfairly prejudice any party.

**WHEREFORE**, plaintiff requests that this motion for extension be granted, and that the date for the reply be extended to November 05, 2007.

Plaintiff files this motion for extension of time under <u>Houston v. Lack,</u> 487 U.S. 266, 101 L.Ed.2d 245, 108 S.Ct. 2379, Mail Box Clause, filed when received by prison officials.

Respectfully submitted,

Executed on 9/21, 2007.

Luis H. Barbosa #29500-053
FCI Fort Dix - Camp
P.O. Box 2000
Fort Dix, New Jersey 08640

## CERTIFICATE OF SERVICE

I, Luis H. Barbosa, pro-se, hereby certify that on this 21 day of September 2007, I caused the foregoing Motion For Extension Of Time To File a Reply To Defendants' Motion For Summary Judgment to be served upon the Court by prepaid postage Certified Mail No. 7001 2510 0008 8045 1941, and to the defendants' attorney by regular prepaid postage mail to the following addresses.

Clerk Of The Court
United States District Court
For The District Of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Quan K. Luong, Esq.
Special Assistant U.S. Attorney
For The District Of Columbia
555 Fourth Street, N.W.
Room E-4417
Washington, D.C. 20530

Respectfully submitted,

Luis H. Barbosa #29500-053
FCI Fort Dix - Camp
P.O. Box 2000
Fort Dix, New Jersey 08640