UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUIS H. BARBOSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1052 (RWR) |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

REVISED MOTION FOR EXTENSION OF TIME

This past Tuesday evening (November 13, 2007) undersigned counsel (Fred E. Haynes) served on defendant a motion for extension of time as set forth below. Because the PACER system was down at that time, undersigned counsel filed the motion to the Court's generic mailbox. Due to a one letter error in the address, the filing did not reach the mailbox, and for unknown reasons was not returned as undeliverable. Hence the need to file this revised motion for extension of time.

* * *

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants hereby move for an extension of time to November 26, 2007, to file their reply memorandum in support of their motion for summary judgment and their opposition to what appears to be a cross-motion by plaintiff for judgment in his favor. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff, who is pro se, to determine his position on this

motion, due to the difficulties involved in contacting federal prisoners.[1]

This case was transferred to undersigned counsel in late September, after the filing of the defendants' motion for summary judgment. Due to the press of other litigation responsibilities, undersigned counsel has not yet been able to familiarize himself with the case and prepare a response to plaintiff's lengthy opposition to defendants' motion. Due to his other responsibilities and the coming Thanksgiving holiday, undersigned counsel requests an extension of time to November 26, 2007, to file his reply and his opposition to plaintiff's cross-motion for judgment in his favor.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202. 514.7201

---

[1] 1. Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS H. BARBOSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT<br>　ADMINISTRATION,<br>　et al.,<br><br>　　　　　Defendants. | Civil Action No. 07-1052 (RWR) |

### ORDER

UPON CONSIDERATION of defendants' motion for an extension of time to file their reply memorandum in support of their motion for summary judgment and their opposition to plaintiff's cross-motion for judgment in his favor, and the entire record in this case, it is by the Court this ___ day of _____, 2007, hereby

ORDERED that defendants' shall have to and including November 26, 2007, to file their reply memorandum in support of their motion for summary judgment and their opposition to plaintiff's cross-motion for judgment in his favor.

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and defendants' counsel

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing revised motion for extension of time to be served on plaintiff by first-class mail, postage prepaid, at the following address:

>Mr. Luis Humberto Barbosa
>R29500-053
>FCI-Fort Dix Camp
>P.O. Box 1000
>Fort Dix, N.J.  08640

on this 15th day of November, 2007.

/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201