UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS H. BARBOSA, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>DRUG ENFORCEMENT )<br>  ADMINISTRATION, et al., )<br>)<br>       Defendants. )<br>) | Civil Action No. 07-1052 (RWR) |

SECOND MOTION FOR EXTENSION OF TIME

    Pursuant to Fed. R. Civ. P. 6(b)(1), defendants hereby move for a second extension of time to file their reply memorandum in support of their motion for summary judgment and their opposition to what appears to be a cross-motion by plaintiff for judgment in his favor. The motion is currently due today (November 26, 2007), and defendants request a further three-day extension of time to November 29, 2007. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff, who is pro se, to determine his position on this motion because LCvR 7(m) does not require consultation with federal prisoners proceeding pro se.

    As explained in the first motion for extension of time, this case was transferred to undersigned counsel in late September, after the filing of the defendants' motion for summary judgment. Due to the press of other litigation responsibilities, undersigned counsel needed additional time to familiarize himself with the case and prepare a response to plaintiff's lengthy opposition to defendants' motion. Undersigned counsel is now working on the response to

plaintiff's filing; however, interruptions from other cases that required immediate attention mean that a brief, additional period of time is needed to finalize the response.

    Attached is a draft order reflecting the requested relief.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney
                                      /s/
                              FRED E. HAYNES, D.C. Bar #165654
                              Assistant United States Attorney
                              555 Fourth Street, N.W., Room E-4110
                              Washington, D.C.  20530
                              202. 514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS H. BARBOSA,<br><br>        Plaintiff,<br><br>    v.<br><br>DRUG ENFORCEMENT<br>  ADMINISTRATION,<br>  et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1052 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of defendants' second motion for an extension of time to file their reply memorandum in support of their motion for summary judgment and their opposition to plaintiff's cross-motion for judgment in his favor, and the entire record in this case, it is by the Court this ___ day of _____, 2007, hereby

ORDERED that defendants' shall have to and including November 29, 2007, to file their reply memorandum in support of their motion for summary judgment and their opposition to plaintiff's cross-motion for judgment in his favor.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and defendants' counsel

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing second motion for extension of time to be served on plaintiff by first-class mail, postage prepaid, at the following address:

>Mr. Luis Humberto Barbosa
>R29500-053
>FCI-Fort Dix Camp
>P.O. Box 1000
>Fort Dix, N.J.  08640

on this 26th day of November, 2007.

>/s/
>FRED E. HAYNES, D.C. Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>202.514.7201