UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
LUIS H. BARBOSA,                              )
                                              )
                    Plaintiff,                )
                                              )
          v.                                  )          Civil Action No. 07-1052 (RWR)
                                              )
DRUG ENFORCEMENT                              )
   ADMINISTRATION,  et al.,                   )
                                              )
                    Defendants.               )
_____)

<u>THIRD MOTION (FOR ONE DAY) EXTENSION OF TIME</u>

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants hereby move for a third extension of time,

of one day, to file their reply memorandum in support of their motion for summary judgment and

their opposition to what appears to be a cross-motion by plaintiff for judgment in his favor.

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not

attempted to contact plaintiff, who is pro se, to determine his position on this motion because

LCvR 7(m) does not require consultation with federal prisoners proceeding pro se.

Undersigned counsel has largely completed work on the reply to be filed in this case.  He

has not, however, been able to complete it in time for supervisory review and filing today.  This

has been due to the fact that he is responsible for four other filings today, and had to be spend

more time than anticipated earlier this week on three other filings, including a dispositive motion.

The additional one-day is, therefore, needed.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
    /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C.  20530
202. 514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| LUIS H. BARBOSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1052 (RWR) |
| | ) | |
| DRUG ENFORCEMENT | ) | |
| ADMINISTRATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

### ORDER

UPON CONSIDERATION of defendants' third motion for an extension of time to file their reply memorandum in support of their motion for summary judgment and their opposition to plaintiff's cross-motion for judgment in his favor, and the entire record in this case, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that defendants' shall have to and including November 30, 2007, to file their reply memorandum in support of their motion for summary judgment and their opposition to plaintiff's cross-motion for judgment in his favor.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and defendants' counsel

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing third motion for extension of time to be served

on plaintiff by first-class mail, postage prepaid, at the following address:

> Mr. Luis Humberto Barbosa
> R29500-053
> FCI-Fort Dix Camp
> P.O. Box 1000
> Fort Dix, N.J.  08640

on this 29th day of November, 2007.

> /s/
> FRED E. HAYNES, D.C. Bar #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> 202.514.7201