UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LUIS H. BARBOSA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1052 (RWR) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| Defendant. | ) |

ORDER
---

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion for summary judgment [Dkt. No. 8] is GRANTED; it is further

ORDERED that plaintiff's motion to compel [Dkt. No. 10] is DENIED; and it is further

ORDERED that judgment is entered for defendant. This is a final appealable Order.

_____/s/_____
RICHARD W. ROBERTS
DATE: March 28, 2008        United States District Judge