IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LUIS HUMBERTO BARBOSA, )
)
      Plaintiff Pro-se, )
)
)
)  Civil Action No. 07-1052 (RWR)
)
Vs. )
)
)  Appeal No. 08-5103
)
)
U.S. JUSTICE DEPARTMENT, et al., )
)
      Defendants. )
_____)

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS WITH ATTACHED DECLARATION AND TRUST ACCOUNT REPORT IN SUPPORT

    Plaintiff Luis Humberto Barbosa, pursuant to 28 U.S.C. §1915, now requests this Court to grant him leave to proceed in forma pauperis in the above appealed case number for the following reasons:

    1.    Plaintiff is indigent unable to afford the fees and costs in the above appealed case.

    2.    Plaintiff was previously granted by this Court leave to proceed in forma pauperis in the above and original Civil Action.

    3.    Plaintiff recently suffered an unexpected work related accident resulting with compound fractures to his lower right leg to which Doctors needed to operate on.

    4.    Plaintiff has been in convalescent work classification status unable to performing his work duties recovering from the accident since March of 2008 (see, attachments).

    5.    Plaintiff is presently not receiving any compensation payment for this work related accident.

I, Luis Humberto Barbosa, swear or affirm under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Executed on 5/28th, 2008.

Respectfully submitted,

Luis H. Barbosa #29500-053
FCI Fort Dix - Camp
P.O. Box 2000
Fort Dix, New Jersey 08640


C E T I F I C A T E   O F   S E R V I C E

I, Luis H. Barbosa, hereby certify that on this 28th day of May, 2008, I caused the foregoing Motion to Proceed In Forma Pauperis with attached Declaration and Trust Account Report to be served, via first class U.S. mail, to the parties listed below.

Clerk Of The Court
U.S. District Court For The
District Of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Fred E. Haynes, AUSA
U.S. Attorney's Office
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Clerk Of The Court
U.S. Court Of Appeals For The
District Of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866


Respectfully Submitted,

Luis H. Barbosa #29500-053
FCI Fort Dix - Camp
P.O. Box 2000
Fort Dix, New Jersey 08640



# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Case No:** 08-5103

**Title:** Luis Barbosa v. DOJ, et al

**Name:** Luis Humberto Barbosa

**Registration #** R29500-053

### CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Luis Humberto Barbosa, Registration #R29500-053, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia until such time as the $455 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

**Signature of Prisoner:** _____ **Date** May 28th 2008



Declaration and Prisoner Trust Account Report

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, __Luis Humberto Barbosa__, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed? Yes _X_ No ___
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. (Yes) I am an inmate employed at FCI Fort Dix, P.O. Box 2000, Fort Dix, New Jersey 08640, UNICOR Factory, and I currently earn $142.00 per month.

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received.
   N/A

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources? Yes ___ No _X_

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   N/A

3. Do you own any cash or have a checking or savings account? Yes ___ No _X_

   a. If the answer is yes, state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) Yes ___ No _X_

   a. If the answer is yes, describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support and state your relationship to those persons.
   None

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746. Executed on: __May 28th__, 2008.

_____
(Signature)

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Case No:** 08-5103

**Title:** Luis Barbosa v. DOJ, et al

**Name:** Luis Humberto Barbosa

**Registration #** R29500-053

## PRISONER TRUST ACCOUNT REPORT

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the D.C. Circuit

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action, or appeal a civil judgment, in forma pauperis must obtain from the Trust Officer of each institution in which the prisoner was confined during the six months preceding the filing of the action or appeal, a certified copy of the prisoner's trust account statement for that period. See 28 U.S.C. § 1915(a)(2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of May 22, 2008.

**DATE NOTICE OF APPEAL FILED:** April 9, 2008

**TRUST ACCOUNT BALANCE at time of filing of the notice of appeal:** $_____

**AVERAGE MONTHLY DEPOSITS during the six months preceding the filing of the notice of appeal:** $_____

**AVERAGE MONTHLY BALANCE during the six months preceding the filing of the notice of appeal:** $_____

I certify under penalty of perjury that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

**Authorized Signature:** _Nicole Randolph_    **Date** 22 may 08

**Title:** Accounting Technician

— _please see attached inmate statement_

Date: 05/22/2008
Time: 4:48:28 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

**Start Date:** 08/22/2007
**End Date:** 05/22/2008
**Inmate Reg #:** 2950053
**Account Status:** All
**Institution:** All

### General Information

| Inmate Reg #: | 2950053 | Living Quarters: | V01-031L |
|---|---|---|---|
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 08/23/2007 11:47:35 AM | 25 | | | Sales | ($12.90) | | $106.01 |
| FTD | 08/23/2007 09:26:55 PM | TFN0823 | | | Phone Withdrawal | ($5.00) | | $101.01 |
| FTD | 08/25/2007 08:55:08 PM | TFN0825 | | | Phone Withdrawal | ($5.00) | | $96.01 |
| FTD | 08/27/2007 11:09:46 AM | TFN0827 | | | Phone Withdrawal | ($5.00) | | $91.01 |
| FTD | 08/29/2007 07:59:57 PM | TFN0829 | | | Phone Withdrawal | ($2.00) | | $89.01 |
| FTD | 08/29/2007 09:54:10 PM | TFN0829 | | | Phone Withdrawal | ($5.00) | | $84.01 |
| FTD | 09/01/2007 12:10:47 AM | GFTDD058 - 2167 | | | Debt Encumbrance - Released | | $38.91 | |
| FTD | 09/01/2007 12:10:47 AM | GFTDD058 | | 6105 | PLRA Payment | ($38.91) | | $45.10 |
| FTD | 09/02/2007 11:04:07 AM | TFN0902 | | | Phone Withdrawal | ($5.00) | | $40.10 |
| FTD | 09/03/2007 08:57:54 AM | TFN0903 | | | Phone Withdrawal | ($5.00) | | $35.10 |
| FTD | 09/04/2007 03:51:53 PM | 002222 | | | Payroll - UNICOR | $202.22 | | $237.32 |
| FTD | 09/04/2007 03:51:53 PM | GFTDD058 - 2327 | | | Debt Encumbrance | | ($40.44) | |
| FTD | 09/07/2007 10:16:44 AM | | | 6116 | Support | ($112.00) | | $125.32 |
| FTD | 09/07/2007 10:49:58 AM | | | 6153 | Legal Fees | ($45.00) | | $80.32 |
| FTD | 09/07/2007 11:14:47 AM | TFN0907 | | | Phone Withdrawal | ($5.00) | | $75.32 |
| FTD | 09/09/2007 06:34:00 PM | TFN0909 | | | Phone Withdrawal | ($4.00) | | $71.32 |
| FTD | 09/10/2007 11:01:01 PM | TFN0910 | | | Phone Withdrawal | ($2.00) | | $69.32 |
| FTD | 09/10/2007 11:11:56 PM | TFN0910 | | | Phone Withdrawal | ($2.00) | | $67.32 |
| FTD | 09/12/2007 11:20:40 AM | TFN0912 | | | Phone Withdrawal | ($2.00) | | $65.32 |

Page 1

Date: 05/22/2008
Time: 4:48:34 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

### General Information

| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
|---|---|---|---|
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 09/15/2007 07:50:51 PM | TFN0915 | | | Phone Withdrawal | ($4.00) | | $61.32 |
| FTD | 09/16/2007 07:26:50 PM | TFN0916 | | | Phone Withdrawal | ($5.00) | | $56.32 |
| FTD | 09/17/2007 11:07:51 PM | TFN0917 | | | Phone Withdrawal | ($3.00) | | $53.32 |
| FTD | 09/20/2007 11:16:31 AM | TFN0920 | | | Phone Withdrawal | ($2.00) | | $51.32 |
| FTD | 09/21/2007 10:39:38 PM | TFN0921 | | | Phone Withdrawal | ($1.00) | | $50.32 |
| FTD | 09/22/2007 04:54:59 PM | TFN0922 | | | Phone Withdrawal | ($1.00) | | $49.32 |
| FTD | 09/23/2007 07:25:24 PM | TFN0923 | | | Phone Withdrawal | ($1.00) | | $48.32 |
| FTD | 09/23/2007 10:40:50 PM | TFN0923 | | | Phone Withdrawal | ($1.00) | | $47.32 |
| FTD | 09/24/2007 08:17:46 PM | TFN0924 | | | Phone Withdrawal | ($1.00) | | $46.32 |
| FTD | 09/25/2007 11:06:07 AM | TFN0925 | | | Phone Withdrawal | ($1.00) | | $45.32 |
| FTD | 09/25/2007 07:30:01 PM | TFN0925 | | | Phone Withdrawal | ($2.00) | | $43.32 |
| FTD | 09/26/2007 10:41:45 PM | TFN0926 | | | Phone Withdrawal | ($2.00) | | $41.32 |
| FTD | 10/01/2007 12:10:51 AM | GFTDD058 - 2327 | | | Debt Encumbrance - Released | | $40.44 | |
| FTD | 10/01/2007 12:10:51 AM | GFTDD058 | 9 | | PLRA Payment | ($31.32) | | $10.00 |
| FTD | 10/01/2007 11:24:22 AM | TFN1001 | | | Phone Withdrawal | ($5.00) | | $5.00 |
| FTD | 10/02/2007 01:21:20 PM | 002002 | | | Payroll - UNICOR | $173.24 | | $178.24 |
| FTD | 10/02/2007 01:21:20 PM | GFTDD058 - 46 | | | Debt Encumbrance | | ($34.64) | |
| FTD | 10/03/2007 11:30:12 AM | TFN1003 | | | Phone Withdrawal | ($3.00) | | $175.24 |
| FTD | 10/04/2007 09:40:31 PM | TFN1004 | | | Phone Withdrawal | ($5.00) | | $170.24 |
| FTD | 10/06/2007 05:27:27 AM | 70193101 | | | Lockbox - CD | $40.00 | | $210.24 |
| FTD | 10/06/2007 05:27:27 AM | GFTDD058 - 68 | | | Debt Encumbrance | | ($8.00) | |
| FTD | 10/06/2007 05:13:26 PM | TFN1006 | | | Phone Withdrawal | ($5.00) | | $205.24 |
| FTD | 10/08/2007 09:31:06 PM | TFN1008 | | | Phone Withdrawal | ($5.00) | | $200.24 |
| FTD | 10/09/2007 11:41:35 AM | 24 | 136 | | Sales | ($20.00) | | $180.24 |
| FTD | 10/09/2007 01:52:45 PM | | | | Support | ($113.00) | | $67.24 |
| FTD | 10/10/2007 11:21:33 AM | TFN1010 | | | Phone Withdrawal | ($2.00) | | $65.24 |
| FTD | 10/10/2007 03:52:28 PM | TFN1010 | | | Phone Withdrawal | ($2.00) | | $63.24 |

Date: 05/22/2008
Time: 4:48:35 pm

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 10/13/2007 10:33:10 PM | TFN1013 | | | Phone Withdrawal | ($2.00) | | $61.24 |
| FTD | 10/15/2007 11:12:36 AM | TFN1015 | | | Phone Withdrawal | ($2.00) | | $59.24 |
| FTD | 10/16/2007 09:51:15 PM | TFN1016 | | | Phone Withdrawal | ($2.00) | | $57.24 |
| FTD | 10/19/2007 11:30:38 AM | TFN1019 | | | Phone Withdrawal | ($2.00) | | $55.24 |
| FTD | 10/19/2007 11:04:34 PM | TFN1019 | | | Phone Withdrawal | ($1.00) | | $54.24 |
| FTD | 10/24/2007 11:19:48 AM | TFN1024 | | | Phone Withdrawal | ($2.00) | | $52.24 |
| FTD | 10/26/2007 11:29:11 AM | TFN1026 | | | Phone Withdrawal | ($2.00) | | $50.24 |
| FTD | 10/27/2007 06:06:23 PM | TFN1027 | | | Phone Withdrawal | ($2.00) | | $48.24 |
| FTD | 10/29/2007 03:44:19 PM | TFN1029 | | | Phone Withdrawal | ($2.00) | | $46.24 |
| FTD | 10/30/2007 11:38:19 AM | TFN1030 | | | Phone Withdrawal | ($1.00) | | $45.24 |
| FTD | 11/01/2007 12:11:00 AM | GFTDD058 - 46 | | | Debt Encumbrance - Released | | $34.64 | |
| FTD | 11/01/2007 12:11:00 AM | GFTDD058 - 68 | | | Debt Encumbrance - Released | | $8.00 | |
| FTD | 11/01/2007 12:11:00 AM | GFTDD058 | 381 | | PLRA Payment | ($35.24) | | $10.00 |
| FTD | 11/01/2007 11:20:02 AM | TFN1101 | | | Phone Withdrawal | ($5.00) | | $5.00 |
| FTD | 11/01/2007 11:06:53 PM | TFN1101 | | | Phone Withdrawal | ($2.00) | | $3.00 |
| FTD | 11/02/2007 11:38:42 AM | TFN1102 | | | Phone Withdrawal | ($1.00) | | $2.00 |
| FTD | 11/02/2007 03:18:49 PM | 002016 | | | Payroll - UNICOR | $199.78 | | $201.78 |
| FTD | 11/02/2007 03:18:49 PM | GFTDD058 - 208 | | | Debt Encumbrance | | ($39.95) | |
| FTD | 11/04/2007 07:17:44 PM | TFN1104 | | | Phone Withdrawal | ($5.00) | | $196.78 |
| FTD | 11/04/2007 10:46:48 PM | TFN1104 | | | Phone Withdrawal | ($3.00) | | $193.78 |
| FTD | 11/05/2007 08:04:11 PM | TFN1105 | | | Phone Withdrawal | ($5.00) | | $188.78 |
| FTD | 11/06/2007 11:23:45 AM | TFN1106 | | | Phone Withdrawal | ($3.00) | | $185.78 |
| FTD | 11/06/2007 11:07:48 PM | TFN1106 | | | Phone Withdrawal | ($5.00) | | $180.78 |
| FTD | 11/07/2007 08:17:01 PM | TFN1107 | | | Phone Withdrawal | ($6.00) | | $174.78 |
| FTD | 11/07/2007 10:40:54 PM | TFN1107 | | | Phone Withdrawal | ($2.00) | | $172.78 |
| FTD | 11/08/2007 12:16:03 PM | | 459 | | Support | ($114.00) | | $58.78 |
| FTD | 11/10/2007 08:04:58 PM | TFN1110 | | | Phone Withdrawal | ($5.00) | | $53.78 |

Page 3

Date: 05/22/2008
Time: 4:48:35 pm

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 11/11/2007 05:22:38 AM | 70195502 | | | Lockbox - CD | $50.00 | | $103.78 |
| FTD | 11/11/2007 05:22:38 AM | GFTDD058 - 291 | | | Debt Encumbrance | | ($10.00) | |
| FTD | 11/11/2007 08:50:28 PM | TFN1111 | | | Phone Withdrawal | ($5.00) | | $98.78 |
| FTD | 11/12/2007 03:16:26 PM | TFN1112 | | | Phone Withdrawal | ($3.00) | | $95.78 |
| FTD | 11/12/2007 07:22:06 PM | TFN1112 | | | Phone Withdrawal | ($5.00) | | $90.78 |
| FTD | 11/14/2007 11:27:07 AM | TFN1114 | | | Phone Withdrawal | ($5.00) | | $85.78 |
| FTD | 11/15/2007 11:33:30 AM | TFN1115 | | | Phone Withdrawal | ($5.00) | | $80.78 |
| FTD | 11/17/2007 12:58:06 PM | TFN1117 | | | Phone Withdrawal | ($5.00) | | $75.78 |
| FTD | 11/18/2007 01:13:50 PM | TFN1118 | | | Phone Withdrawal | ($5.00) | | $70.78 |
| FTD | 11/19/2007 06:50:32 PM | TFN1119 | | | Phone Withdrawal | ($2.00) | | $68.78 |
| FTD | 11/19/2007 09:34:27 PM | TFN1119 | | | Phone Withdrawal | ($2.00) | | $66.78 |
| FTD | 11/20/2007 05:37:25 PM | TFN1120 | | | Phone Withdrawal | ($3.00) | | $63.78 |
| FTD | 11/21/2007 06:57:57 PM | TFN1121 | | | Phone Withdrawal | ($2.00) | | $61.78 |
| FTD | 11/22/2007 02:31:35 PM | TFN1122 | | | Phone Withdrawal | ($2.00) | | $59.78 |
| FTD | 11/22/2007 11:21:49 PM | TFN1122 | | | Phone Withdrawal | ($2.00) | | $57.78 |
| FTD | 11/23/2007 08:59:48 PM | TFN1123 | | | Phone Withdrawal | ($2.00) | | $55.78 |
| FTD | 11/27/2007 11:17:22 AM | TFN1127 | | | Phone Withdrawal | ($2.00) | | $53.78 |
| FTD | 11/30/2007 11:31:16 AM | TFN1130 | | | Phone Withdrawal | ($1.00) | | $52.78 |
| FTD | 12/01/2007 12:10:34 AM | GFTDD058 - 208 | | | Debt Encumbrance - Released | | $39.95 | |
| FTD | 12/01/2007 12:10:34 AM | GFTDD058 - 291 | | | Debt Encumbrance - Released | | $10.00 | |
| FTD | 12/01/2007 12:10:34 AM | GFTDD058 | 753 | | PLRA Payment | ($42.78) | | $10.00 |
| FTD | 12/01/2007 02:14:03 PM | TFN1201 | | | Phone Withdrawal | ($2.00) | | $8.00 |
| FTD | 12/01/2007 11:01:41 PM | TFN1201 | | | Phone Withdrawal | ($1.00) | | $7.00 |
| FTD | 12/02/2007 07:03:11 PM | TFN1202 | | | Phone Withdrawal | ($2.00) | | $5.00 |
| FTD | 12/03/2007 11:21:24 AM | TFN1203 | | | Phone Withdrawal | ($2.00) | | $3.00 |
| FTD | 12/05/2007 09:44:35 AM | 002037 | | | Payroll - UNICOR | $229.11 | | $232.11 |

Date: 05/22/2008  
Time: 4:48:35 pm

Facility: FTD

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 12/05/2007 09:44:35 AM | GFTDD058 - 372 | | | Debt Encumbrance | | ($45.82) | |
| FTD | 12/05/2007 11:35:12 AM | TFN1205 | | | Phone Withdrawal | ($2.00) | | $230.11 |
| FTD | 12/06/2007 11:28:41 AM | TFN1206 | | | Phone Withdrawal | ($4.00) | | $226.11 |
| FTD | 12/07/2007 05:14:37 PM | TFN1207 | | | Phone Withdrawal | ($3.00) | | $223.11 |
| FTD | 12/08/2007 12:07:28 PM | TFN1208 | | | Phone Withdrawal | ($3.00) | | $220.11 |
| FTD | 12/08/2007 03:21:54 PM | TFN1208 | | | Phone Withdrawal | ($5.00) | | $215.11 |
| FTD | 12/09/2007 11:00:56 PM | TFN1209 | | | Phone Withdrawal | ($4.00) | | $211.11 |
| FTD | 12/10/2007 05:20:04 AM | 70197303 | | | Lockbox - CD | $50.00 | | $261.11 |
| FTD | 12/10/2007 05:20:04 AM | GFTDD058 - 385 | | | Debt Encumbrance | | ($10.00) | |
| FTD | 12/10/2007 09:23:26 AM | | | 830 | Support | ($115.00) | | $146.11 |
| FTD | 12/12/2007 11:38:31 AM | TFN1212 | | | Phone Withdrawal | ($5.00) | | $141.11 |
| FTD | 12/14/2007 11:38:45 AM | TFN1214 | | | Phone Withdrawal | ($5.00) | | $136.11 |
| FTD | 12/14/2007 08:10:40 PM | TFN1214 | | | Phone Withdrawal | ($5.00) | | $131.11 |
| FTD | 12/16/2007 08:52:11 PM | TFN1216 | | | Phone Withdrawal | ($5.00) | | $126.11 |
| FTD | 12/17/2007 04:54:51 PM | | | 82 | Sales | ($20.00) | | $106.11 |
| FTD | 12/18/2007 11:30:11 AM | TFN1218 | | | Phone Withdrawal | ($2.00) | | $104.11 |
| FTD | 12/19/2007 11:48:01 AM | TFN1219 | | | Phone Withdrawal | ($3.00) | | $101.11 |
| FTD | 12/21/2007 08:11:27 PM | TFN1221 | | | Phone Withdrawal | ($3.00) | | $98.11 |
| FTD | 12/22/2007 11:35:04 AM | TFN1222 | | | Phone Withdrawal | ($2.00) | | $96.11 |
| FTD | 12/22/2007 08:40:32 PM | TFN1222 | | | Phone Withdrawal | ($2.00) | | $94.11 |
| FTD | 12/23/2007 02:14:55 PM | TFN1223 | | | Phone Withdrawal | ($3.00) | | $91.11 |
| FTD | 12/24/2007 11:00:22 AM | TFN1224 | | | Phone Withdrawal | ($3.00) | | $88.11 |
| FTD | 12/24/2007 11:24:44 PM | TFN1224 | | | Phone Withdrawal | ($2.00) | | $86.11 |
| FTD | 12/25/2007 02:06:19 PM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $84.11 |
| FTD | 12/25/2007 08:09:21 PM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $82.11 |
| FTD | 12/26/2007 11:45:02 AM | TFN1226 | | | Phone Withdrawal | ($1.00) | | $81.11 |
| FTD | 12/26/2007 05:43:07 PM | | | 99 | Sales | ($20.15) | | $60.96 |
| FTD | 12/28/2007 11:39:28 AM | TFN1228 | | | Phone Withdrawal | ($1.00) | | $59.96 |

Page 5

Date: 05/22/2008
Time: 4:48:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| FTD | 12/29/2007 11:04:16 PM | TFN1229 | | Phone Withdrawal | ($1.00) | | $58.96 |
| FTD | 01/01/2008 12:10:55 AM | GFTDD058 - 372 | | Debt Encumbrance - Released | | $45.82 | |
| FTD | 01/01/2008 12:10:55 AM | GFTDD058 - 385 | | Debt Encumbrance - Released | | $10.00 | |
| FTD | 01/01/2008 12:10:55 AM | | 1063 | PLRA Payment | ($48.96) | | $10.00 |
| FTD | 01/01/2008 04:49:33 PM | TFN0101 | | Phone Withdrawal | ($3.00) | | $7.00 |
| FTD | 01/02/2008 05:33:15 PM | TFN0102 | | Phone Withdrawal | ($2.00) | | $5.00 |
| FTD | 01/03/2008 10:46:59 AM | TFN0103 | | Phone Withdrawal | ($2.00) | | $3.00 |
| FTD | 01/03/2008 09:37:29 PM | 002052 | | Phone Withdrawal | ($3.00) | | $0.00 |
| FTD | 01/04/2008 08:38:26 AM | | | Payroll - UNICOR | $336.41 | | $336.41 |
| FTD | 01/04/2008 08:38:26 AM | GFTDD058 - 483 | | Debt Encumbrance | | ($67.28) | |
| FTD | 01/06/2008 11:23:38 AM | TFN0106 | | Phone Withdrawal | ($4.00) | | $332.41 |
| FTD | 01/06/2008 10:47:09 PM | TFN0106 | | Phone Withdrawal | ($5.00) | | $327.41 |
| FTD | 01/08/2008 11:49:56 AM | 28 | | Sales | ($20.00) | | $307.41 |
| FTD | 01/09/2008 10:51:11 PM | TFN0109 | | Phone Withdrawal | ($1.00) | | $306.41 |
| FTD | 01/10/2008 03:32:52 PM | TFN0110 | | Phone Withdrawal | ($4.00) | | $302.41 |
| FTD | 01/11/2008 06:55:17 PM | TFN0111 | | Phone Withdrawal | ($3.00) | | $299.41 |
| FTD | 01/12/2008 10:52:10 PM | TFN0112 | | Phone Withdrawal | ($2.00) | | $297.41 |
| FTD | 01/14/2008 11:35:49 AM | TFN0114 | | Phone Withdrawal | ($3.00) | | $294.41 |
| FTD | 01/15/2008 01:18:38 PM | | 1250 | Support | ($106.00) | | $188.41 |
| FTD | 01/16/2008 11:11:39 PM | TFN0116 | | Phone Withdrawal | ($5.00) | | $183.41 |
| FTD | 01/18/2008 03:52:40 PM | TFN0118 | | Phone Withdrawal | ($5.00) | | $178.41 |
| FTD | 01/20/2008 11:03:36 AM | TFN0120 | | Phone Withdrawal | ($5.00) | | $173.41 |
| FTD | 01/23/2008 11:30:15 AM | TFN0123 | | Phone Withdrawal | ($6.00) | | $167.41 |
| FTD | 01/23/2008 09:20:16 PM | TFN0123 | | Phone Withdrawal | ($5.00) | | $162.41 |
| FTD | 01/24/2008 05:05:55 PM | 114 | | Sales | ($20.00) | | $142.41 |
| FTD | 01/25/2008 05:39:45 PM | TFN0125 | | Phone Withdrawal | ($5.00) | | $137.41 |
| FTD | 01/25/2008 10:54:12 PM | TFN0125 | | Phone Withdrawal | ($1.00) | | $136.41 |

Page 6

Date: 05/22/2008     Facility: FTD
Time: 4:48:35 pm

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 01/26/2008 06:04:49 PM | TFN0126 | | | Phone Withdrawal | ($4.00) | | $132.41 |
| FTD | 01/27/2008 12:25:27 PM | TFN0127 | | | Phone Withdrawal | ($5.00) | | $127.41 |
| FTD | 01/29/2008 11:25:42 AM | 12 | | | Sales | ($24.60) | | $102.81 |
| FTD | 01/31/2008 11:40:52 AM | TFN0131 | | | Phone Withdrawal | ($3.00) | | $99.81 |
| FTD | 01/31/2008 06:33:34 PM | | | | Phone Withdrawal | ($15.00) | | $84.81 |
| FTD | 02/01/2008 12:10:46 AM | GFTDD058 - 483 | | | Debt Encumbrance - Released | | $67.28 | |
| FTD | 02/01/2008 12:10:46 AM | GFTDD058 | | | PLRA Payment | ($67.28) | | $17.53 |
| FTD | 02/01/2008 07:44:10 PM | TFN0201 | | | Phone Withdrawal | ($3.00) | | $14.53 |
| FTD | 02/02/2008 11:09:22 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $12.53 |
| FTD | 02/02/2008 11:26:52 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $10.53 |
| FTD | 02/03/2008 07:22:47 PM | TFN0203 | | | Phone Withdrawal | ($1.00) | | $9.53 |
| FTD | 02/03/2008 08:29:33 PM | TFN0203 | | | Phone Withdrawal | ($4.00) | | $5.53 |
| FTD | 02/05/2008 10:51:42 AM | 002074 | | | Payroll - UNICOR | $241.80 | | $247.33 |
| FTD | 02/05/2008 10:51:42 AM | GFTDD058 - 595 | | | Debt Encumbrance | | ($26.63) | |
| FTD | 02/05/2008 03:51:25 PM | TFN0205 | | | Phone Withdrawal | ($5.00) | | $242.33 |
| FTD | 02/06/2008 11:32:22 AM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $240.33 |
| FTD | 02/06/2008 05:29:51 PM | TFN0206 | | | Phone Withdrawal | ($5.00) | | $235.33 |
| FTD | 02/07/2008 11:28:29 AM | TFN0207 | | | Phone Withdrawal | ($5.00) | | $230.33 |
| FTD | 02/07/2008 09:21:34 PM | TFN0207 | | | Phone Withdrawal | ($3.00) | | $227.33 |
| FTD | 02/08/2008 05:30:13 AM | 70101501 | | | Lockbox - CD | $100.00 | | $327.33 |
| FTD | 02/08/2008 03:38:52 PM | TFN0208 | | | Phone Withdrawal | ($10.00) | | $317.33 |
| FTD | 02/09/2008 03:23:06 PM | TFN0209 | | | Phone Withdrawal | ($20.00) | | $297.33 |
| FTD | 02/12/2008 01:02:34 PM | 80 | | | Sales | ($7.80) | | $289.53 |
| FTD | 02/12/2008 05:40:00 PM | 110 | | | Sales | ($10.00) | | $279.53 |
| FTD | 02/13/2008 11:36:47 AM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $277.53 |
| FTD | 02/13/2008 10:39:39 PM | TFN0213 | | | Phone Withdrawal | ($5.00) | | $272.53 |
| FTD | 02/18/2008 02:48:15 PM | TFN0218 | | | Phone Withdrawal | ($4.00) | | $268.53 |
| FTD | 02/20/2008 01:37:21 PM | 97 | | | Sales | ($15.65) | | $252.88 |

Page 7

Date: 05/22/2008  
Time: 4:48:35 pm

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: FTD

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| FTD | 02/20/2008 05:18:42 PM | 139 | | Sales | ($10.85) | | $242.03 |
| FTD | 02/21/2008 11:28:30 AM | TFN0221 | | Phone Withdrawal | ($5.00) | | $237.03 |
| FTD | 02/22/2008 09:24:14 PM | TFN0222 | | Phone Withdrawal | ($5.00) | | $232.03 |
| FTD | 02/23/2008 09:23:02 PM | TFN0223 | | Phone Withdrawal | ($5.00) | | $227.03 |
| FTD | 02/24/2008 11:25:19 PM | TFN0224 | | Phone Withdrawal | ($5.00) | | $222.03 |
| FTD | 02/25/2008 10:49:52 PM | TFN0225 | | Phone Withdrawal | ($2.00) | | $220.03 |
| FTD | 02/25/2008 11:02:31 PM | TFN0225 | | Phone Withdrawal | ($3.00) | | $217.03 |
| FTD | 02/26/2008 12:24:28 PM | 49 | | Sales | ($6.25) | | $210.78 |
| FTD | 02/26/2008 05:24:15 PM | 82 | | Sales | ($10.00) | | $200.78 |
| FTD | 02/26/2008 11:05:39 PM | TFN0226 | | Phone Withdrawal | ($4.00) | | $196.78 |
| FTD | 02/27/2008 08:30:24 PM | TFN0227 | | Phone Withdrawal | ($5.00) | | $191.78 |
| FTD | 03/01/2008 12:10:49 AM | GFTDD058 - 595 | | Debt Encumbrance - Released | | $26.63 | |
| FTD | 03/01/2008 12:10:49 AM | GFTDD058 | 1637 | PLRA Payment | ($26.63) | | $165.15 |
| FTD | 03/02/2008 07:55:03 PM | TFN0302 | | Phone Withdrawal | ($5.00) | | $160.15 |
| FTD | 03/03/2008 11:06:33 PM | TFN0303 | | Phone Withdrawal | ($2.00) | | $158.15 |
| FTD | 03/03/2008 11:18:19 PM | TFN0303 | | Phone Withdrawal | ($5.00) | | $153.15 |
| FTD | 03/04/2008 03:50:52 PM | 002095 | | Payroll - UNICOR | $213.88 | | $367.03 |
| FTD | 03/04/2008 05:38:18 PM | 78 | | Sales | ($15.80) | | $351.23 |
| FTD | 03/04/2008 11:06:40 PM | TFN0304 | | Phone Withdrawal | ($5.00) | | $346.23 |
| FTD | 03/09/2008 10:51:25 PM | TFN0309 | | Phone Withdrawal | ($6.00) | | $340.23 |
| FTD | 03/10/2008 09:27:36 PM | TFN0310 | | Phone Withdrawal | ($5.00) | | $335.23 |
| FTD | 03/11/2008 12:35:43 PM | 46 | | Sales | ($25.65) | | $309.58 |
| FTD | 03/11/2008 12:55:59 PM | TFN0311 | | Phone Withdrawal | ($9.00) | | $300.58 |
| FTD | 03/13/2008 09:34:06 PM | TFN0313 | | Phone Withdrawal | ($5.00) | | $295.58 |
| FTD | 03/15/2008 04:35:50 PM | TFN0315 | | Phone Withdrawal | ($10.00) | | $285.58 |
| FTD | 03/15/2008 11:16:32 PM | TFN0315 | | Phone Withdrawal | ($5.00) | | $280.58 |
| FTD | 03/17/2008 12:46:16 PM | TFN0317 | | Phone Withdrawal | ($10.00) | | $270.58 |
| FTD | 03/18/2008 11:45:15 AM | 19 | | Sales | ($31.35) | | $239.23 |
| FTD | 03/18/2008 11:45:55 AM | 20 | | Sales | $4.00 | | $243.23 |

Date: 05/22/2008
Time: 4:48:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | 03/18/2008 09:45:53 PM | TFN0318 | | | Phone Withdrawal | ($1.00) | | $242.23 |
| FTD | 03/20/2008 03:41:58 PM | TFN0320 | | | Phone Withdrawal | ($5.00) | | $237.23 |
| FTD | 04/01/2008 11:21:58 AM | TFN0401 | | | Phone Withdrawal | ($10.00) | | $227.23 |
| FTD | 04/01/2008 09:20:24 PM | TFN0401 | | | Phone Withdrawal | ($7.00) | | $220.23 |
| FTD | 04/02/2008 12:05:09 PM | | | 34 | Sales | ($47.45) | | $172.78 |
| FTD | 04/02/2008 11:04:07 PM | TFN0402 | | | Phone Withdrawal | ($5.00) | | $167.78 |
| FTD | 04/04/2008 11:12:53 AM | 002112 | | | Payroll - UNICOR | $43.50 | | $211.28 |
| FTD | 04/04/2008 10:52:23 PM | TFN0404 | | | Phone Withdrawal | ($5.00) | | $206.28 |
| FTD | 04/06/2008 08:19:21 AM | TFN0406 | | | Phone Withdrawal | ($2.00) | | $204.28 |
| FTD | 04/06/2008 07:01:59 PM | TFN0406 | | | Phone Withdrawal | ($5.00) | | $199.28 |
| FTD | 04/07/2008 10:38:23 PM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $198.28 |
| FTD | 04/07/2008 10:48:10 PM | TFN0407 | | | Phone Withdrawal | ($5.00) | | $193.28 |
| FTD | 04/09/2008 12:16:03 PM | | | 49 | Sales | ($21.00) | | $172.28 |
| FTD | 04/11/2008 11:16:45 AM | TFN0411 | | | Phone Withdrawal | ($5.00) | | $167.28 |
| FTD | 04/13/2008 05:23:44 AM | 70106002 | | | Lockbox - CD | $50.00 | | $217.28 |
| FTD | 04/13/2008 05:51:26 PM | TFN0413 | | | Phone Withdrawal | ($2.00) | | $215.28 |
| FTD | 04/14/2008 10:47:02 PM | TFN0414 | | | Phone Withdrawal | ($5.00) | | $210.28 |
| FTD | 04/16/2008 12:24:51 PM | | | 49 | Sales | ($21.60) | | $188.68 |
| FTD | 04/16/2008 11:11:05 PM | TFN0416 | | | Phone Withdrawal | ($2.00) | | $186.68 |
| FTD | 04/18/2008 11:13:47 AM | TFN0418 | | | Phone Withdrawal | ($5.00) | | $181.68 |
| FTD | 04/23/2008 05:53:42 PM | TFN0423 | | | Phone Withdrawal | ($2.00) | | $179.68 |
| FTD | 04/24/2008 01:06:06 PM | TFN0424 | | | Phone Withdrawal | ($4.00) | | $175.68 |
| FTD | 04/26/2008 10:47:21 PM | TFN0426 | | | Phone Withdrawal | ($1.00) | | $174.68 |
| FTD | 04/27/2008 11:39:32 PM | TFN0427 | | | Phone Withdrawal | ($1.00) | | $173.68 |
| FTD | 04/28/2008 02:24:31 PM | TFN0428 | | | Phone Withdrawal | ($3.00) | | $170.68 |
| FTD | 04/29/2008 11:53:23 AM | TFN0429 | | | Phone Withdrawal | ($5.00) | | $165.68 |
| FTD | 04/30/2008 12:12:11 PM | | | 16 | Sales | ($34.00) | | $131.68 |
| FTD | 05/01/2008 10:12:34 AM | TFN0501 | | | Phone Withdrawal | ($10.00) | | $121.68 |
| FTD | 05/02/2008 10:44:03 PM | TFN0502 | | | Phone Withdrawal | ($5.00) | | $116.68 |
| FTD | 05/03/2008 10:53:39 PM | TFN0503 | | | Phone Withdrawal | ($5.00) | | $111.68 |

Date: 05/22/2008
Time: 4:48:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| FTD | 05/07/2008 09:26:36 PM | TFN0507 | | Phone Withdrawal | ($5.00) | | $106.68 |
| FTD | 05/08/2008 01:05:27 PM | TFN0508 | | Phone Withdrawal | ($5.00) | | $101.68 |
| FTD | 05/14/2008 03:34:41 PM | TFN0514 | | Phone Withdrawal | ($5.00) | | $96.68 |
| FTD | 05/14/2008 05:03:55 PM | 84 | | Sales | ($18.20) | | $78.48 |
| FTD | 05/15/2008 07:29:32 AM | TFN0515 | | Phone Withdrawal | ($4.00) | | $74.48 |
| FTD | 05/15/2008 11:02:03 PM | TFN0515 | | Phone Withdrawal | ($2.00) | | $72.48 |
| FTD | 05/16/2008 03:10:16 PM | TFN0516 | | Phone Withdrawal | ($5.00) | | $67.48 |
| FTD | 05/19/2008 09:39:00 AM | TFN0519 | | Phone Withdrawal | ($2.00) | | $65.48 |
| FTD | 05/20/2008 09:53:54 AM | TFN0520 | | Phone Withdrawal | ($3.00) | | $62.48 |
| FTD | 05/20/2008 11:15:14 PM | TFN0520 | | Phone Withdrawal | ($2.00) | | $60.48 |
| FTD | 05/21/2008 11:54:43 AM | 35 | | Sales | ($13.40) | | $47.08 |
| FTD | 05/22/2008 10:31:33 AM | TFN0522 | | Phone Withdrawal | ($3.00) | | $44.08 |
| | **Total Transactions: 253** | | | **Totals:** | **($74.83)** | **$38.91** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | $44.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $44.08 |
| **Totals:** | **$44.08** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$44.08** |

Date: 05/22/2008
Time: 4:48:35 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FTD

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 29500053 | Living Quarters: | V01-031L |
| Inmate Name: | BARBOSA, LUIS HUMBERTO | Arrived From: | |
| Current Site Name: | Fort Dix FCI | Transferred To: | |
| Housing Unit: | FTD-V-A | Account Creation Date: | 9/6/2001 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,264.70 | $1,282.40 | $174.43 | $181.68 | $112.96 | N/A | N/A |