IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUIS HUMBERTO BARBOSA, )
)
      Plaintiff Pro-se, )
)
)
Vs. )
) Civil Action No. 07-1052 (RWR)
)
) Appeal No. 08-5103
U.S. JUSTICE DEPARTMENT, et al., )
)
      Defendants. )
)

RECEIVED
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

Plaitiff Luis Humberto Barbosa, pursuant to 42 U.S.C. §1915, now requests this Court to appoint counsel to represent him in the above appealed case for the following reasons:

1. Plaintiff is indigent and is unable to afford counsel, see the motion to proceed in forma pauperis filed with this Court.

2. The issues involved are in this case are complex.

3. The issues involved in this case will require investigation which the plaintiff cannot do while confined in prison.

4. The prison limits the hours that the plaintiff may have access to the law library and the law materials contained there are very limited.

5. Plaintiff has a very limited knowledge of the law.

6. The end of justice would best be served in this case if an attorney was appointed to represent the plaintiff.

Respectfully submitted,

Executed on 5/28th, 2008.

## C E R T I F I C A T E   O F   C E R V I C E

I, Luis H. Barbosa, hereby certify that on this 28th day of May, 2008, I caused the foregoing Motion for Appointment of Counsel to be served, via first class prepaid U.S mail, to the parties listed below.

Clerk Of The Court
U.S. District Court For The
District Of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Fred E. Haynes, AUSA
U.S. Attorney's Office
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Clerk Of The Court
U.S. Court Of Appeals For The District Of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

Respectfully submitted,

Luis H. Barbosa #29500-053
FCI Fort Dix - Camp
P.O. Box 2000
Fort Dix, New Jersey 08640