UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUIS HUMBERTO BARBOSA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**U.S. DEP'T OF JUSTICE** *et al.*,<br><br>    Defendants. | Civil Action No. 07-1052 (RWR) |

## ORDER

Upon consideration of plaintiff's motion to proceed on appeal *in forma pauperis*, and plaintiff's affidavit in support of the motion, it is hereby

**ORDERED** that plaintiff's motion [23] be, and hereby is, **GRANTED**.

SIGNED this 16th day of July, 2008.

                                             /s/
                                     RICHARD W. ROBERTS
                                     United States District Judge